# Nebraska Court of Appeals Memorandum Opinions
## NOT Selected for Posting to Court Website

### (released the week prior to January 12, 2021)

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

A-20-144,
A-20-145,
A-20-146          In re Interest of Memmorie L. et al.

A-20-354,
A-20-355,
A-20-356,
A-20-357          State v. Books

A-20-501          State v. Reagan

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.